**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND ET AL.,

                    Petitioners,

      -against-                                              22 **CIVIL** 8909 (ALC)

## **JUDGMENT**

ASSOCIATED ENVIRONMENTAL
SERVICES LTD.,

                    Respondent.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 16, 2023, the Petition is GRANTED. Petitioners are entitled to $83,504.85 pursuant to the Award, plus $577.50 in attorneys' fees and $77 in costs. Interest shall accrue from the date judgment is entered until payment is made at the statutory rate prescribed by 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York

      May 16, 2023

                                                  **RUBY J. KRAJICK**

                                                  _____
                                                      **Clerk of Court**

                           **BY:**      _K. Mango_

                                                      _____
                                                      **Deputy Clerk**